CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 4:09CR00006 -002 |
| JARRETT KENDALL DOSS | : | |

### ORDER

The United States has moved the court pursuant to Rule 35 of the Federal Rules of Criminal Procedure for the entry of an order granting the defendant, JARRETT KENDALL DOSS, a reduction of 48 months from his current term of 120 months imprisonment that was imposed by the court on June 18, 2010, based upon the fact that he has provided substantial assistance in the investigation and prosecution of another person or persons who have committed offenses. The Assistant United States Attorney who made the motion has advised the court that he has spoken with counsel for the defendant who, after consultation with his client, has confirmed that he and his client join in the motion and agree that a reduction of 48 months is reasonable and appropriate.

Based upon the foregoing, it is hereby ORDERED that the sentence of 120 months imprisonment imposed upon the defendant by this court on June 18, 2010, is hereby reduced by 48 months. All other terms of the judgment order and the terms of any other sentence that the defendant

may be serving remain unchanged.

ENTER this 25th day of June, 2012.

                */s/* *James C. Turk*
                HONORABLE JAMES C. TURK
                UNITED STATES DISTRICT JUDGE

2

Case 4:09-cr-00006-JLK   Document 345   Filed 06/25/12   Page 2 of 2   Pageid#: 1229