CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN -3 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

United States of America )
v. )
JARRETT KENDALL DOSS ) Case No: 4:09CR00006-002
) USM No: 10483-084
Date of Previous Judgment: 06/25/2012 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 72 months **is reduced to** 45 months*.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 33         Amended Offense Level: 31
Criminal History Category: IV       Criminal History Category: IV
Previous Guideline Range: ___ to 240 months    Amended Guideline Range: 151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is sentenced to 45 months, but not less than time served. Defendant's sentence is to be served consecutively to any other previously imposed state or federal sentence, including the sentences imposed in 4:05CR00013-001 and 4:04CR70070-001.

Except as provided above, all provisions of the judgment dated 06/25/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 3, 2015

Judge's signature

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title